IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. MUSSER, | : | Civil Action No. 4:14-CV-0371 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| CONAGRA FOODS, INC., | : | |
| Defendant. | : | |

**ORDER**

**AND NOW, THEREFORE, THIS 15th DAY OF April, 2015**, in accordance with the memorandum issued this date **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Summary Judgment is GRANTED. October 10, 2014, ECF No. 20.

2. Final Judgment is entered in favor of Defendant and against Plaintiff.

3. The clerk is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge